# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD CAREY, <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN ALLISON, Warden, <br><br> Respondent. | Case No. CV 11-3912 VAP (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Motion for Appointment of Counsel.

DATED: May 12, 2011_____

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE